IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LEE DALE LOFTON, JR.**                                                                             **PETITIONER**

**5:19CV00066 BRW/PSH**

**WENDY KELLEY, DIRECTOR,**
Arkansas Department of Correction                                                **RESPONDENT**

### FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Before the Court is petitioner Lee Dale Lofton, Jr.'s ("Lofton") motion for default judgment in this habeas corpus case. Docket entry no. 12. Lofton filed his petition for writ of habeas corpus on February 13, 2019. The Court denied Lofton's motion to proceed *in forma pauperis* and directed Lofton to submit the filing fee on or before March 18. Lofton submitted the filing fee, and on April 16, the Court directed the Clerk to serve a copy of the petition on the respondent, Wendy Kelley ("Kelley"), by regular mail. Kelley was directed to file a response within 21 days after service of the petition. Counsel for Kelley filed a notice of appearance on April 25, and filed a response to the petition on May 14. Lofton filed his motion for default on May 21, and Kelley has filed a response.

The Court recommends that the motion for default be denied for three reasons. First, Lofton

1

does not demonstrate that the response was untimely filed. Kelley's response indicates that she was served with the petition on April 23, 2019, and she filed her response 21 days later, on May 14. Docket entry no. 15. Second, Lofton does not plead or prove he was prejudiced, even assuming an untimely response was filed. Finally, again assuming an untimely filing, default judgments are extreme and disfavored in habeas corpus cases. *See, e.g., Hale v. Lockhart*, 903 F.2d 545 (8th Cir. 1990).

Accordingly, the Court recommends that the motion for default judgment (docket entry no. 12) be denied.

IT IS SO ORDERED this 28th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE