IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEE DALE LOFTON, JR.                                                           PETITIONER

5:19CV00066 BRW/PSH

WENDY KELLEY, DIRECTOR,
Arkansas Department of Correction                                              RESPONDENT

## ORDER

I have received proposed Findings and Recommendations (Doc. No. 16) from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, I approve and adopt the Findings and Recommendations in their entirety.

IT IS SO ORDERED this 19th day of June, 2019.

                                                 Billy Roy Wilson
                                                 UNITED STATES DISTRICT JUDGE