IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LEE DALE LOFTON, JR.**                                    **PETITIONER**

**5:19CV00066 BRW/PSH**

**WENDY KELLEY, DIRECTOR,**
Arkansas Department of Correction                        **RESPONDENT**

**ORDER**

I have received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, I approve and adopt the Findings and Recommendations in all respects. Judgment will be entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

IT IS SO ORDERED this 7th day of August, 2019.

                                                           <u>Billy Roy Wilson</u>
                                                           UNITED STATES DISTRICT JUDGE