# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LEE DALE LOFTON, JR.**                                               **PETITIONER**

**5:19CV00066 BRW/PSH**

**WENDY KELLEY, DIRECTOR,**
Arkansas Department of Correction                            **RESPONDENT**

## JUDGMENT

Based on the order entered today, judgment is entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 7th day of August, 2019.

                                           <u>Billy Roy Wilson</u>
                                           UNITED STATES DISTRICT JUDGE